STATE OF NEW JERSEY v. DAVID WHITFIELD.

Jan. 14, 1980. Petition for certification denied.

LEO LIASKOS v. BOARD OF ADJUSTMENT OF
ENGLEWOOD CLIFFS.

Jan. 14, 1980. Petitions for certification denied.

BERNARD J. KELLEY v. BULLYBROOK REALTY CORP.

Jan. 14, 1980. Petition for certification denied.

HOWARD LIEBERMAN v. EMPLOYERS INSURANCE
OF WAUSAU.

Jan. 14, 1980. Petition for certification granted. (See 171
N.J.Super. 39)

HOWARD LIEBERMAN v. EMPLOYERS INSURANCE
OF WAUSAU.

Jan. 14, 1980. Cross-Petition for certification granted. (See
171 N.J.Super. 39)